IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| LESLIE W. BARTON,<br><br>　　　Plaintiff,<br><br>v.<br><br>QUALITY MARK, INC.,<br>AMAZON.COM., INC., and<br>AMAZON SERVICES, LLC,<br><br>　　　Defendants. | CAUSE NO.: 3:21-cv-922 |

## JOINT NOTICE OF REMOVAL

Defendants Amazon.com, Inc., Amazon.com Services LLC (incorrectly identified in the Complaint as "Amazon Services, LLC") (collectively "Amazon") and Quality Mark, Inc. ("Quality Mark") respectfully give notice of the removal of this civil action from the Pulaski Circuit Court, State of Indiana, to the United States District Court for the Northern District of Indiana, South Bend Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.  In support thereof, Amazon states as follows:

1.　　On November 4, 2021, Plaintiff Leslie W. Barton ("Plaintiff") filed a Summons and Complaint for Damages and Request for Jury Trial in the Pulaski Circuit Court, State of Indiana, under cause number 66C01-2111-CT-00015.  Plaintiff alleges that he sustained serious and permanent physical injuries while using a Quality Mark 28800 Bow Step (the "Product") that was manufactured by Quality Mark and sold by Quality Mark via "the online retail platform known to the general public as 'Amazon Marketplace.'"  (Compl., ¶¶ 6-8.)

2.　　Plaintiff is domiciled in Pulaski County, Indiana.  (*Id.* ¶ 1.)  Plaintiff is therefore a citizen of the State of Indiana for the purposes of diversity jurisdiction.

1

3. Quality Mark, Inc. is a Minnesota corporation, with its principal place of business in Minnesota. (*Id.* ¶ 2.) Quality Mark is therefore a citizen of the State of Minnesota for the purposes of diversity jurisdiction.

4. Amazon.com, Inc. is a Delaware corporation, with its principal place of business in Washington. Amazon.com, Inc. is therefore a citizen of the states of Delaware and Washington for the purposes of diversity jurisdiction.[1]

5. Amazon.com Services LLC is a Delaware limited liability company. The sole member of Amazon.com Services LLC is Amazon.com Sales, Inc., which is a Delaware corporation with its principal place of business in Washington. Amazon.com Services LLC is therefore a citizen of the states of Delaware and Washington for the purposes of diversity jurisdiction.[2] *Camico Mut. Ins. Co. v. Citizens Bank*, 474 F.3d 989, 992 (7th Cir. 2007) (holding that a limited liability company (LLC) has the citizenship of all of its members).

6. Because Quality Mark and Amazon are citizens of different states than Plaintiff, complete diversity of citizenship exists.

7. Based on Amazon's and Quality Mark's information and belief, the amount in controversy exceeds $75,000.00. Under 28 U.S.C. § 1446(c)(2)(B), removal is appropriate if the court finds by a preponderance of the evidence that the amount in controversy exceeds $75,000. *See Dart Cherokee Basin Operating Co., LLC v. Owens*, 574 U.S. 81, 87-89 (2014) (holding that "a defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold" and "should be accepted when not contested by the plaintiff or questioned by the Court"). The Complaint has an open prayer for damages and alleges that Plaintiff sustained "serious and permanent physical injuries," which

---

[1] Plaintiff incorrectly alleges that Amazon.com, Inc. is a Washington corporation. (Compl., ¶ 3.)
[2] Plaintiff incorrectly alleges that "Amazon Services LLC" is a "Washington Company." (Compl., ¶ 4.)

2

have caused him "physical pain, mental anguish, and the loss of enjoyment of life," and resulted in "medical expenses, and other economic costs and losses including but not limited to property damage to his boat and damage to the Product." (Compl., ¶¶ 15-17, 21-23, 31-33, 45-47.) Information currently available to Defendants indicates that Plaintiff alleges personal injuries including a fractured orbital and bilateral wrist fractures, from which he allegedly incurred medical bills in excess of $30,000.00.

8. Because Amazon and Quality Mark are citizens of different states than Plaintiff and the amount in controversy exceeds the jurisdictional threshold, diversity jurisdiction exists under 28 U.S.C. 1332(a).

9. None of the impediments to removal under 28 U.S.C. § 1445 are present in this action.

10. The United States District Court for the Northern District of Indiana, South Bend Division, is the United States District Court and division embracing the Pulaski Circuit Court, State of Indiana, where this action was filed and is pending. Venue is therefore proper in the United States District Court for the Northern District of Indiana, South Bend Division, under 28 U.S.C. § 1441(a).

11. Copies of the Summons and Complaint for Damages and Request for Jury Trial were served upon Amazon and Quality Mark on November 12, 2021, by certified mail.

12. Amazon and Quality Mark are filing this Notice of Removal with this Court within thirty (30) days after service of Plaintiff's Summons and Complaint for Damages and Request for Jury Trial. This Notice of Removal is therefore timely under 28 U.S.C. § 1446(b).

13. Copies of all pleadings, process, and orders served upon Amazon and Quality Mark in the state court action are attached as Exhibit A, as required by 28 U.S.C. § 1446(a).

14. As required by 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being contemporaneously served on Plaintiff, and is being filed with the Clerk of the Pulaski Circuit Court.

15. Amazon and Quality Mark expressly reserve all available defenses.  By removing this action to this Court, Amazon and Quality Mark do not waive any rights or defenses available under federal or state law.  Nothing in this Notice of Removal shall be construed as an admission that Plaintiff's allegations are sufficient to state a claim or have any substantive merit.

**WHEREFORE**, Defendants Amazon.com, Inc., Amazon.com Services LLC, and Quality Mark, Inc. respectfully request that the entire state court action now pending in the Pulaski Circuit Court, State of Indiana, as Cause Number 66C01-2111-CT-00015 be removed to this Court for all further proceedings and that no further proceedings be held in the Pulaski Circuit Court, State of Indiana.

Dated this 6th day of December, 2021.

Respectfully submitted,

*/s/ Matthew J. Jankowski*
Matthew J. Jankowski (#20972-49)
KOPKA PINKUS DOLIN PC
550 Congressional Blvd., Suite 310
Carmel, IN 460323
*Attorney for Defendants Amazon.com, Inc. and Amazon.com Services, LLC*

*/s/ Robert T. Keen, Jr. (with permission)*
Robert T. Keen, Jr. (#5475-02)
BARRETT McNAGNY LLP
215 E. Berry Street
Fort Wayne, Indiana 46801-2263
*Attorney for Defendant Quality Mark, Inc.*

CERTIFICATE OF SERVICE

      I hereby certify that on the 6th day of December, 2021, I electronically filed the foregoing document using the Court's CM/ECF system. I further certify that the following persons were served a true and correct copy on the same date via electronic mail:

Nicholas J. Wagner
Darron S. Stewart
Stewart & Stewart
931 S. Rangeline Rd.
Carmel, IN 46032

Robert T. Keen, Jr.
Barrett McNagny
215 E. Berry St.
Fort Wayne, IN 46801-2263

                                                                          /s/ Matthew J. Jankowski