| STATE OF INDIANA | ) | IN THE PULASKI CIRCUIT/SUPERIOR COURT _____ |
|---|---|---|
|  | )SS: |  |
| COUNTY OF PULASKI | ) | CAUSE NO.: |

| | |
|---|---|
| LESLIE W. BARTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| QUALITY MARK, INC. and | ) |
| AMAZON.COM, INC. and | ) |
| AMAZON SERVICES LLC, | ) |
| | ) |
| Defendants. | ) |

## APPEARANCE BY ATTORNEY IN CIVIL TORT CASE

This Appearance Form must be filed on behalf of every party in a civil case.

1. This is a **Civil Tort** case type as defined in administrative Rule 8(B)(3).

2. The party on whose behalf this form is being filed is:
   Initiating  **X**         Responding ____       Intervening ____; and

   the undersigned attorney and all attorneys listed on this form now appear in this case  for the following parties:
   Name of party(s):   **Leslie W. Barton**
   Address of party(s): **Stewart & Stewart, 931 S. Rangeline Road, Carmel, IN  46032**
   Telephone # of party: Home:  **(317) 846-8999**

3. Attorney information for service as required by Trial Rule 5(B)(2)

   Name:   **Nicholas J. Wagner**          Atty Number: **30185-84 (IN)**
   Address: **STEWART & STEWART**          Phone:  **(317) 846-8999**
   **931 South Rangeline Road**          Fax:  **(888) 686-6977**
   **Carmel, IN  46032**          Email Address: **Nicholas@getstewart.com**

   Name:   **Darron S. Stewart**          Atty Number: **21114-29**
   Address: **STEWART & STEWART**          Phone:  **(317) 846-8999**
   **931 South Rangeline Road**          Fax:  **(888) 686-6977**
   **Carmel, IN  46032**          Email Address: **Darron@getstewart.com**

4. I will accept service by FAX at the above noted number: Yes      No  **X**

5. This case involves child support issues. Yes       No  **X**

6. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.   Yes _____ No **X**

7. This case involves a petition for involuntary commitment.  Yes _____ <u>No</u> **X**

8. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:   **Not applicable.**

9. There are related cases: Yes _____ <u>No</u> **X**

10. Additional information required by local rule:  **Not applicable**

11..This form has been served on all other parties and Certificate of Service is attached:
      Yes _____ No **X**

<u>/s/Nicholas J. Wagner</u>
Nicholas J. Wagner, #30185-84
Attorney for the Plaintiff(s)

<u>/s/Darron S. Stewart</u>
Darron S. Stewart, #21114-29
Attorney for the Plaintiff(s)

STEWART & STEWART
931 S. Rangeline Road
Carmel, IN  46032
Phone: (317) 846-8999
Fax:    (888) 686-6977
Nicholas@getstewart.com
Darron@getstewart.com

66C01-2111-CT-000015

Filed: 11/4/2021 5:06 PM
Clerk
Pulaski County, Indiana

Pulaski Circuit Court

USDC IN/ND case 3:21-cv-00922-DRL-MGG   document 1-2   filed 12/06/21   page 3 of 39

STATE OF INDIANA    )    IN THE PULASKI CIRCUIT/SUPERIOR COURT
)SS:
COUNTY OF PULASKI    )    CAUSE NO.:

LESLIE W. BARTON,    )
    )
    Plaintiff,    )
    )
    v.    )
    )
QUALITY MARK, INC. and    )
AMAZON.COM, INC. and    )
AMAZON SERVICES LLC,    )
    )
    Defendants.    )

## COMPLAINT FOR DAMAGES AND REQUEST FOR JURY TRIAL

Comes now the Plaintiff, LESLIE W. BARTON, and for his Complaint for Damages against the Defendant, QUALITY MARK, INC., and in this request for a jury trial, alleges and says:

1) The Plaintiff is a resident of Pulaski County, in the State of Indiana.

2) The Defendant, QUALITY MARK, INC., is a Minnesota Corporation.

3) The Defendant, AMAZON.COM, INC., is a Washington Corporation.

4) The Defendant, AMAZON SERVICES LLC, is a Washington Company.

### I.  STRICT PRODUCTS LIABILITY OF DEFENDANT, QUALITY MARK, INC.

5) Each of the preceding allegations of this Complaint for Damages is hereby incorporated by this reference thereto.

6) On May 11, 2021, and at all times relevant hereto, the Defendant, QUALITY MARK, INC., was the manufacturer and seller of a product known as the "Quality Mark 28800 Bow Step" (hereafter "Product").

1

7)     Defendant, QUALITY MARK, INC., is engaged in the business of manufacturing and selling the Product, which the Defendant, QUALITY MARK, INC., put into the stream of commerce.

8)     On May 11, 2021, the Plaintiff purchased the Product from the Defendant, QUALITY MARK, INC.'s through the online retail platform known to the general public as "Amazon Marketplace".

9)     The Product was expected to and did reach Plaintiff without substantial alteration of the condition in which the Defendant, QUALITY MARK, INC., sold the Product.

10)    At all relevant times the Product bore a label indicating that it was suitable for use as a fixed boat stepladder or a similarly-described device.

11)    On May 14, 2021, the Plaintiff put the Product to its intended use as a fixed boat stepladder, during which use the ladder swung out and threw the Plaintiff to the ground (hereafter "Incident").

12)    At the time of the Incident, the Product was in fact unreasonably dangerous and/or defective in that a lock pin mechanism failed to engage the ladder into its normal angle for ascent.

13)    At the time of the Incident, the Product was defectively manufactured in that it deviated from its intended design as it contained a dangerous and defective lock pin mechanism.

14)    At all relevant times, the Plaintiff was a user or consumer of the Product and was in a class of persons Defendant, QUALITY MARK, INC., should have reasonably

expected to be subject to the harm caused by the dangerous and/or defective condition.

15) As a direct and proximate result of the Product's unreasonably dangerous and/or defective nature, the Plaintiff has sustained serious and permanent physical injuries.

16) As a direct and proximate result of the Product's unreasonably dangerous and/or defective nature, the Plaintiff has incurred medical expenses, and other economic costs and losses including but not limited to property damage to his boat and damage to the Product.

17) As a direct and proximate result of the Product's unreasonably dangerous and/or defective nature, the Plaintiff has experienced physical pain, mental anguish, and the loss of enjoyment of life from his personal injuries.

## II.  NEGLIGENCE OF DEFENDANT, QUALITY MARK, INC.

18) Each of the preceding allegations of this Complaint for Damages is hereby incorporated by this reference thereto.

19) At all times relevant hereto, the Defendant, QUALITY MARK, INC., owed a duty to the consumers and/or users such as the Plaintiff to exercise reasonable care in, among other things:

a)  Designing the Product;

b)  Warning Plaintiff about the Product's danger when the Defendant knew, should have known, or should have discovered the danger;

c)  Instructing the Plaintiff about the proper use of the Product; and

d)  Refraining from selling or otherwise putting the Product into the stream of commerce when it was in a defective condition unreasonably dangerous to consumers and/or users such as the Plaintiff.

3

20)  The Defendant, QUALITY MARK, INC., failed to exercise reasonable care in:

   a)  Designing the Product as it contained a dangerous and defective lock pin mechanism;

   b)  Failing to warn the Plaintiff about the Product's danger when the Defendant knew, should have known, or should have discovered the danger presented by the defective and dangerous lock pin mechanism;

   c)  Failing to properly instruct the Plaintiff about the proper use of the Product and its lock pin mechanism; and

   d)  Selling or otherwise putting the Product into the stream of commerce when it was in a defective condition unreasonably dangerous to consumers and/or users such as the Plaintiff for the reasons stated above.

21)  As a direct and proximate result of the aforementioned negligence, the Plaintiff has sustained serious and permanent physical injuries.

22)  As a direct and proximate result of the aforementioned negligence, the Plaintiff has incurred medical expenses, and other economic costs and losses, including but not limited to property damage to his boat and damage to the Product.

23)  As a direct and proximate result of the aforementioned negligence, the Plaintiff has experienced physical pain, mental anguish, and the loss of enjoyment of life from his personal injuries.

### III: IMPLIED WARRANTIES – QUALITY MARK, INC.

24)  Each of the preceding allegations of this Complaint for Damages is hereby incorporated by this reference thereto.

25)  At all times relevant hereto, the Defendant, QUALITY MARK, INC., was a merchant with respect to goods of the Product's kind.

4

26) At all times relevant hereto, Indiana law provided that a warranty that goods shall be merchantable is implied in all sales contracts if the seller is a merchant with respect to goods of that kind

27) At all times relevant hereto, the Defendant, QUALITY MARK, INC., impliedly warranted that the Product was merchantable through advertising it, promoting it, providing detailed product description(s), promoting and displaying past reviews of the Product from past consumers, and otherwise making it available for immediate purchase through the online platform "Amazon Marketplace".

28) At all times relevant hereto, the Defendant, QUALITY MARK, INC., had reason to know the particular purpose for which the Product was required, that the Plaintiff relied on the Defendant's skill or judgment to select or furnish suitable goods, and the therefore impliedly warranted the Product was fit for its particular purpose as a fixed boat stepladder or a similarly-described device.

29) In reliance upon the Defendant, QUALITY MARK, INC's skill and judgment and the aforementioned implied warranties of merchantability and fitness for a particular purpose, the Plaintiff utilized the Product for its intended purpose.

30) At all relevant times, the Defendant, QUALITY MARK, INC., breached the aforementioned warranties as the Product was unsafe, unfit for its intended use and for Plaintiff's intended use and particular purpose, not of merchantable quality, and defective.

31) As a direct and proximate result of Defendant, QUALITY MARK, INC.'s breach of the aforementioned warranties, the Plaintiff has sustained serious and permanent physical injuries.

32) As a direct and proximate result of Defendant, QUALITY MARK, INC.'s breach of the aforementioned warranties, the Plaintiff has incurred medical expenses, and other economic costs and losses including but not limited to property damage to his boat and damage to the Product.

33) As a direct and proximate result of Defendant, QUALITY MARK, INC.'s breach of the aforementioned warranties, the Plaintiff has experienced physical pain, mental anguish, and the loss of enjoyment of life from his personal injuries.

### IV. CONTRACT AND IMPLIED WARRANTIES - AMAZON.COM, INC. and AMAZON SERVICES, LLC

34) Each of the preceding allegations of this Complaint for Damages is hereby incorporated by this reference thereto.

35) At all times relevant hereto, the Defendants, AMAZON.COM, INC. and AMAZON SERVICES, LLC, sold, leased, or otherwise put the Product into the stream of commerce.

36) At all time relevant hereto, the Defendants, AMAZON.COM, INC. and AMAZON SERVICES, LLC, were merchants of the Product and profited from its sale through their online platform "Amazon Marketplace".

37) At all times relevant hereto, Indiana law provided that a warranty that goods shall be merchantable is implied in all sales contracts if the seller is a merchant with respect to goods of that kind.

38) At all times relevant hereto, the Defendants, AMAZON.COM, INC. and AMAZON SERVICES, LLC, impliedly warranted that the Product was merchantable through advertising it, promoting it, providing detailed product description(s), promoting past reviews of the Product from past consumers, and

6

otherwise making it available for immediate purchase through their online platform "Amazon Marketplace".

39) At all times relevant hereto, the Defendants, AMAZON.COM, INC. and AMAZON SERVICES, LLC, had reason to know the particular purpose for which the Product was required, that the Plaintiff relied on the Defendants' skill or judgment to select or furnish suitable goods, and the therefore impliedly warranted the Product was fit for its particular purpose as a fixed boat stepladder or a similarly-described device.

40) In reliance upon the Defendants' skill and judgment and the aforementioned implied warranties of merchantability and fitness for a particular purpose, the Plaintiff purchased and utilized the Product for its intended purpose.

41) At all relevant times, the Defendants, AMAZON.COM, INC. and AMAZON SERVICES, LLC, breached the aforementioned warranties as the Product was unsafe, unfit for its intended use and for Plaintiff's intended use and particular purpose, not of merchantable quality, and defective.

42) On May 11, 2021, the Defendants, AMAZON.COM, INC. and AMAZON SERVICES, LLC, and Plaintiff entered into a contract for the sale of the Product.

43) The Plaintiff purchased the Product from the Defendants via the Defendants' online platform "Amazon Marketplace."

44) The Defendants, AMAZON.COM, INC. and AMAZON SERVICES, LLC, failed to perform their part of the contract or performed their part of the contract in a defective manner as the Product was delivered to the Plaintiff in an unsafe condition that was defective and not of merchantable quality.

45) As a direct and proximate result of Defendants, AMAZON.COM, INC. and AMAZON SERVICES, LLC's breach of the aforementioned warranties and contract, the Plaintiff has sustained serious and permanent physical injuries.

46) As a direct and proximate result of Defendants, AMAZON.COM, INC. and AMAZON SERVICES, LLC's breach of the aforementioned warranties and contract, the Plaintiff has incurred medical expenses, and other economic costs and losses, including but not limited to the property damage to his boat and damage to the Product.

47) As a direct and proximate result of Defendants, AMAZON.COM, INC. and AMAZON SERVICES, LLC's breach of the aforementioned warranties and contract, the Plaintiff has experienced physical pain, mental anguish, and the loss of enjoyment of life from his personal injuries.

WHEREFORE, the Plaintiff respectfully requests judgment against the Defendants in an amount reasonable to compensate him for damages sustained, any and all pre-judgment interest calculated daily according to statute, and any and all other relief deemed just and proper.

Respectfully Submitted,


/s/ Nicholas J. Wagner
Nicholas J. Wagner, #30185-84
Darron S. Stewart, #21114-29
Attorneys for Plaintiff


STEWART & STEWART
931 South Rangeline Road
Carmel, Indiana 46032
(317) 846-8999

## <u>REQUEST FOR JURY TRIAL</u>

Comes now the Plaintiff, by counsel, and respectfully requests that the above

matter be tried by jury.

<u>/s/ Nicholas J. Wagner</u>
Nicholas J. Wagner, #30185-84
Darron S. Stewart, #21114-29
Attorneys for Plaintiff

STEWART & STEWART
931 South Rangeline Road
Carmel, Indiana 46032
(317) 846-8999

66C01-2111-CT-000015

Filed: 11/4/2021 5:06 PM
Clerk
Pulaski County, Indiana

USDC IN/ND case 3:21-cv-00922-DRL-MGG   document 1-2   filed 12/06/21   page 12 of 39
Pulaski Circuit Court
Pulaski County, Indiana

## SUMMONS

STATE OF INDIANA    )
             )SS
COUNTY OF PULASKI   )

IN THE PULASKI SUPERIOR/CIRCUIT COURT
CLERK
Pulaski County Courthouse
112 East Main Street,
Winamac, IN  46996
Phone (574) 946-3851

LESLIE W. BARTON,         )
                          )
        Plaintiff,     )
                          )
      v.              )
                          )
QUALITY MARK, INC. and   )
AMAZON.COM, INC. and    )
AMAZON SERVICES LLC,   )
                          )
        Defendants.   )

CAUSE NO:

TO DEFENDANT:    (Name)    **Quality Mark, Inc.**
                                     **c/o Highest Ranking Officer**
               (Address)  **30211 Herberg Road**
                                     **Shafer, MN  55074**

      You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

      The nature of the suit against you is stated in the complaint, which is attached to this Summons.  It also states the relief sought or the demand made against you by the plaintiff.

      An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days, if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

      If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated _____

_____(Seal)
               Clerk, Pulaski Circuit/Superior Court

**(The following manner of service of summons is hereby designated.)**

| | |
|---|---|
| **X** | **Certified Mail/Return Receipt Requested - Plaintiff's counsel to serve** |
| _____ | Service at place of employment, to wit: _____ |
| _____ | Service on individual – (Personal or copy) at above address. _____ |
| _____ | Service on agent. (Specify) _____ |
| _____ | Other service. (Specify) _____ |

STEWART & STEWART
931 S. Rangeline Road
Carmel, Indiana 46032
(317) 846-8999

## S H E R I F F ' S   R E T U R N   O N   S E R V I C E   O F   S U M M O N S

I hereby certify that I have served this summons on the _____ day of _____, 2021:

(1)  By delivering a copy of the Summons and a copy of the complaint to the defendant, _____.

(2)  By leaving a copy of the Summons a copy of the Summons and a copy of the complaint at _____  which is the dwelling place or usual place of abode of _____ and by mailing a copy of said summons to said defendant at the above address.

(3) Other Service or Remarks: _____

_____

_____          _____
Sheriff's Costs                                                Sheriff

                                                            By: _____
                                                                Deputy

## C L E R K ' S   C E R T I F I C A T E   O F   M A I L I N G

I hereby certify that on the _____ day of _____, 2021.  I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

                                                _____
                                                Clerk
Dated: _____, 2021.              By: _____
                                                    Deputy

## R E T U R N   O N   S E R V I C E   O F   S U M M O N S   B Y   M A I L

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, 2021.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 2021.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 2021.

                                                _____
                                                Clerk

                                                By: _____
                                                    Deputy

66C01-2111-CT-000015
Filed: 11/4/2021 5:06 PM
Clerk
Pulaski Circuit Court
Pulaski County, Indiana

USDC IN/ND case 3:21-cv-00922-DRL-MGG   document 1-2   filed 12/06/21   page 14 of 39

## SUMMONS

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE PULASKI SUPERIOR/CIRCUIT COURT CLERK |
| | )SS | Pulaski County Courthouse |
| COUNTY OF PULASKI | ) | 112 East Main Street, |
| | | Winamac, IN  46996 |
| | | Phone (574) 946-3851 |

| | |
|---|---|
| LESLIE W. BARTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| QUALITY MARK, INC. and | ) |
| AMAZON.COM, INC. and | ) |
| AMAZON SERVICES LLC, | ) |
| | ) |
| Defendants. | ) |

CAUSE NO:

TO DEFENDANT:   (Name)   **Amazon.Com, Inc.**
**c/o Corporation Service Company, As Reg. Agent**
(Address)   **135 North Pennsylvania Street, Suite 1610**
**Indianapolis, IN  46204**

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint, which is attached to this Summons.  It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days, if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated _____                    _____(Seal)
Clerk, Pulaski Circuit/Superior Court

**(The following manner of service of summons is hereby designated.)**

| | |
|---|---|
| __X__ | **Certified Mail/Return Receipt Requested - Plaintiff's counsel to serve** _____ |
| _____ | Service at place of employment, to wit: _____ |
| _____ | Service on individual – (Personal or copy) at above address. _____ |
| _____ | Service on agent. (Specify) _____ |
| _____ | Other service. (Specify) _____ |

STEWART & STEWART
931 S. Rangeline Road
Carmel, Indiana 46032
(317) 846-8999

### S H E R I F F ' S   R E T U R N   O N   S E R V I C E   O F   S U M M O N S

I hereby certify that I have served this summons on the _____ day of _____, 2021:

(1)  By delivering a copy of the Summons and a copy of the complaint to the defendant, _____.

(2)  By leaving a copy of the Summons a copy of the Summons and a copy of the complaint at _____ which is the dwelling place or usual place of abode of _____ and by mailing a copy of said summons to said defendant at the above address.

(3) Other Service or Remarks: _____

_____

_____         _____

Sheriff's Costs                                    Sheriff

                                                   By: _____
                                                        Deputy

### C L E R K ' S   C E R T I F I C A T E   O F   M A I L I N G

I hereby certify that on the _____ day of _____, 2021.  I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

                                                   _____
                                                   Clerk
Dated: _____, 2021.      By: _____
                                                        Deputy

### R E T U R N   O N   S E R V I C E   O F   S U M M O N S   B Y   M A I L

        I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, 2021.
        I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 2021.
        I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 2021.

                                                   _____
                                                   Clerk

                                                   By: _____
                                                        Deputy

66C01-2111-CT-000015

USDC IN/ND case 3:21-cv-00922-DRL-MGG document 1-2 filed 12/06/21 page 16 of 39

Filed: 11/4/2021 5:06 PM
Clerk
Pulaski County, Indiana

Pulaski Circuit Court

# SUMMONS

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE PULASKI SUPERIOR/CIRCUIT COURT |
| | )SS | CLERK |
| COUNTY OF PULASKI | ) | Pulaski County Courthouse |

112 East Main Street,
Winamac, IN 46996
Phone (574) 946-38 51

LESLIE W. BARTON,      )
                           )

        Plaintiff,      )        CAUSE NO:
                           )

        v.             )
                           )

QUALITY MARK, INC. and    )
AMAZON.COM, INC. and      )
AMAZON SERVICES LLC,    )
                           )

        Defendants.    )

TO DEFENDANT:   (Name)   **Amazon Services LLC.**
                                **c/o Corporation Service Company, As Reg. Agent**
             (Address)   **135 North Pennsylvania Street, Suite 1610**
                                **Indianapolis, IN 46204**

     You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

     The nature of the suit against you is stated in the complaint, which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

     An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days, if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

     If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated _____            _____(Seal)
                                  Clerk, Pulaski Circuit/Superior Court

     **(The following manner of service of summons is hereby designated.)**

| | |
|---|---|
| **X** | **Certified Mail/Return Receipt Requested - Plaintiff's counsel to serve** _____ |
| _____ | Service at place of employment, to wit: _____ |
| _____ | Service on individual – (Personal or copy) at above address. _____ |
| _____ | Service on agent. (Specify) _____ |
| _____ | Other service. (Specify) _____ |

STEWART & STEWART
931 S. Rangeline Road
Carmel, Indiana 46032
(317) 846-8999

## S H E R I F F ' S   R E T U R N   O N   S E R V I C E   O F   S U M M O N S

I hereby certify that I have served this summons on the _____ day of _____, 2021:

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant, _____.

(2) By leaving a copy of the Summons a copy of the Summons and a copy of the complaint at _____ which is the dwelling place or usual place of abode of _____ and by mailing a copy of said summons to said defendant at the above address.

(3) Other Service or Remarks: _____

_____

_____          _____
Sheriff's Costs                                                Sheriff

                                                               By: _____
                                                                      Deputy

## C L E R K ' S   C E R T I F I C A T E   O F   M A I L I N G

I hereby certify that on the _____ day of _____, 2021.  I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

                                                      _____
                                                      Clerk
Dated: _____, 2021.             By: _____
                                                      Deputy

## R E T U R N   O N   S E R V I C E   O F   S U M M O N S   B Y   M A I L

     I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, 2021.

     I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 2021.

     I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 2021.

                                                      _____
                                                      Clerk

                                                      By: _____
                                                             Deputy

66C01-2111-CT-000015

Filed: 11/4/2021 5:06 PM
Clerk

USDC IN/ND case 3:21-cv-00922-DRL Pulaski Circuit Court document 1-2 filed 12/06/21 page 18 of 39 Pulaski County, Indiana

# SUMMONS

| STATE OF INDIANA | ) | IN THE PULASKI SUPERIOR/CIRCUIT COURT |
| | )SS | CLERK |
| COUNTY OF PULASKI | ) | Pulaski County Courthouse |

IN THE PULASKI SUPERIOR/CIRCUIT COURT
CLERK
Pulaski County Courthouse
112 East Main Street, Room 120
Winamac, IN 46996
Phone (574) 946-3845

LESLIE W. BARTON, )
)
     Plaintiff, )
)
     v. )
)
QUALITY MARK, INC. and )
AMAZON.COM, INC. and )
AMAZON SERVICES LLC, )
)
     Defendants. )

CAUSE NO: *66C01-2111-CT-000015*

TO DEFENDANT:   (Name)   **Amazon Services LLC.**
                       **c/o Corporation Service Company, As Reg. Agent**
          (Address)  **135 North Pennsylvania Street, Suite 1610**
                       **Indianapolis, IN 46204**

      You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

      The nature of the suit against you is stated in the complaint, which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

      An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days, if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

      If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated _____                 _____

                            Clerk, Pulaski Circuit/Superior Court

**(The following manner of service of summons is hereby designated.)**

| X | **Certified Mail/Return Receipt Requested - Plaintiff's counsel to serve** _____ |
| _____ | Service at place of employment, to wit: _____ |
| _____ | Service on individual – (Personal or copy) at above address. _____ |
| _____ | Service on agent. (Specify) _____ |
| _____ | Other service. (Specify) _____ |

STEWART & STEWART
931 S. Rangeline Road
Carmel, Indiana 46032
(317) 846-8999

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day of _____, 2021:

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant, _____.

(2) By leaving a copy of the Summons a copy of the Summons and a copy of the complaint at _____ which is the dwelling place or usual place of abode of _____ and by mailing a copy of said summons to said defendant at the above address.

(3) Other Service or Remarks: _____

_____

_____

Sheriff's Costs                                    Sheriff

                                                   By: _____
                                                            Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2021.  I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

                                                   _____
                                                   Clerk
Dated: _____, 2021.                    By: _____
                                                            Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

     I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, 2021.

     I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 2021.

     I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 2021.

                                                   _____
                                                   Clerk

                                                   By: _____
                                                            Deputy

# SUMMONS

| | | | IN THE PULASKI SUPERIOR/CIRCUIT COURT |
|---|---|---|---|
| STATE OF INDIANA | ) | | CLERK |
| | )SS | | Pulaski County Courthouse |
| COUNTY OF PULASKI | ) | | 112 East Main Street, Room 120 |
| | | | Winamac, IN 46996 |
| | | | Phone (574) 946-3845 |

LESLIE W. BARTON,            )
                            )
            Plaintiff,      )       CAUSE NO: 66C01-2111-CT-000015
                            )
        v.                  )
                            )
QUALITY MARK, INC. and      )
AMAZON.COM, INC. and        )
AMAZON SERVICES LLC,        )
                            )
            Defendants.     )


TO DEFENDANT:    (Name)   **Amazon.Com, Inc.**
                          **c/o Corporation Service Company, As Reg. Agent**
                 (Address) **135 North Pennsylvania Street, Suite 1610**
                          **Indianapolis, IN 46204**

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint, which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days, if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated _____        _____
                            Clerk, Pulaski Circuit/Superior Court

**(The following manner of service of summons is hereby designated.)**

| X | **Certified Mail/Return Receipt Requested - Plaintiff's counsel to serve** |
|---|---|
| _____ | Service at place of employment, to wit: _____ |
| _____ | Service on individual – (Personal or copy) at above address. _____ |
| _____ | Service on agent. (Specify) _____ |
| _____ | Other service. (Specify) _____ |

STEWART & STEWART
931 S. Rangeline Road
Carmel, Indiana 46032
(317) 846-8999

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day of _____, 2021:

(1)  By delivering a copy of the Summons and a copy of the complaint to the defendant, _____.

(2)  By leaving a copy of the Summons a copy of the Summons and a copy of the complaint at _____ which is the dwelling place or usual place of abode of _____ and by mailing a copy of said summons to said defendant at the above address.

(3) Other Service or Remarks: _____
_____

_____          _____

Sheriff's Costs                           Sheriff

                                          By: _____
                                                         Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2021.  I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

                                          _____
                                          Clerk
Dated: _____, 2021.          By: _____
                                                         Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, 2021.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 2021.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 2021.

                                          _____
                                          Clerk

                                          By: _____
                                                         Deputy

# SUMMONS

| | | |
|---|---|---|
| STATE OF INDIANA | ) | |
| | )SS | |
| COUNTY OF PULASKI | ) | |

IN THE PULASKI SUPERIOR/CIRCUIT COURT
CLERK
Pulaski County Courthouse
112 East Main Street, Room 120
Winamac, IN  46996
Phone (574) 946-3845

LESLIE W. BARTON,                    )
                                     )
            Plaintiff,               )
                                     )
      v.                             )
                                     )
QUALITY MARK, INC. and               )
AMAZON.COM, INC. and                 )
AMAZON SERVICES LLC,                 )
                                     )
            Defendants.              )

CAUSE NO: 64C01-2111-CT-000015

TO DEFENDANT:    (Name)    **Quality Mark, Inc.**
                           **c/o Highest Ranking Officer**
                 (Address)  **30211 Herberg Road**
                           **Shafer, MN  55074**

 You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

 The nature of the suit against you is stated in the complaint, which is attached to this Summons.  It also states the relief sought or the demand made against you by the plaintiff.

 An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days, if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

 If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated _____

_____
Clerk, Pulaski Circuit/Superior Court

**(The following manner of service of summons is hereby designated.)**

| | |
|---|---|
| __X__ | **Certified Mail/Return Receipt Requested - Plaintiff's counsel to serve** _____ |
| _____ | Service at place of employment, to wit: _____ |
| _____ | Service on individual – (Personal or copy) at above address. _____ |
| _____ | Service on agent. (Specify) _____ |
| _____ | Other service. (Specify) _____ |

STEWART & STEWART
931 S. Rangeline Road
Carmel, Indiana 46032
(317) 846-8999

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day of _____, 2021:

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant, _____.

(2) By leaving a copy of the Summons a copy of the Summons and a copy of the complaint at _____ which is the dwelling place or usual place of abode of _____ and by mailing a copy of said summons to said defendant at the above address.

(3) Other Service or Remarks: _____

_____

Sheriff's Costs

_____

Sheriff

By: _____
          Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2021.  I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.


_____

Clerk

Dated: _____, 2021.            By: _____
                                                       Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, 2021.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 2021.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 2021.


_____

Clerk

By: _____
          Deputy

Filed: 11/16/2021 3:03 PM
Pulaski Circuit Court
Pulaski County, Indiana

STATE OF INDIANA  )  IN THE PULASKI CIRCUIT COURT 1
                    )SS:
COUNTY OF PULASKI  )  CAUSE NO.: 66C01-2111-CT-000015

LESLIE W. BARTON,  )
                    )
      Plaintiff,  )
                    )
      v.  )
                    )
QUALITY MARK, INC. and  )
AMAZON.COM, INC. and  )
AMAZON SERVICES LLC,  )
                    )
      Defendants.  )

## RETURN OF SERVICE ON DEFENDANTS, AMAZON.COM, INC. and AMAZON SERVICES LLC ONLY

COMES NOW, the Plaintiff, Leslie W. Barton, by counsel, and files herein their Return of Service of the filed marked Summons and file marked Complaint upon the Defendant(s) as follows:

**Defendant, Amazon.com, Inc.**
Attn:  Corporation Service Company, As Reg. Agent
135 N. Pennsylvania Street, Suite 1610
Indianapolis, IN  46204
Certified Mail Green Card #7017 1450 0000 1053 1614 was
Signed for by Mary Coleman on November 12, 20221 (Attached as Exhibit 1)

**Defendant, Amazon Services, LLC.**
Attn:  Corporation Service Company, As Reg. Agent
135 N. Pennsylvania Street, Suite 1610
Indianapolis, IN  46204
Certified Mail Green Card #7017 1450 0000 1053 1607 was
Signed for by Mary Coleman on November 12, 20221 (Attached as Exhibit 2)

                Respectfully submitted,
                /s/Darron S. Stewart
                Darron S. Stewart, # 21114-29
                Attorney for Plaintiffs
                STEWART & STEWART
                931 S. Rangeline Road
                Carmel, Indiana 46032
                P: 317-846-8999
                F:  317-843-1991

WND case 3:21-cv-00922-DRL-MGG document 1-2 filed 11/16/21 page
Filed 11/16/2021 3:03 PM
Pulaski Circuit Court
Pulaski County, Indiana

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Amazon. Com, Inc.
% Corporation Service Company,
135 N. Pennsylvania As Reg. Agent
Street
Indianapolis, IN Suite 1610
46204

9590 9402 4874 9032 5872 61

2. Article Number (Transfer from service label)

7017 1450 0000 1053 1614

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)   Mary Colena

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

NOV 12 20

3. Service Type

☑ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt



USPS TRACKING #

INDIANAPOLIS IN 460

16 NOV 2021 PM 2 L

9590 9402 4874 9032 5872 61

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

NOV 16 2021

**United States Postal Service**

#051721-4
NJW/SMM
Barton, L

• Sender: Please print your name, address, and ZIP+4® in this box•

Stewart & Stewart Attorneys
931 S. Rangeline Road
Carmel, IN 46032

Service                    mv

7017 1450 0000 1053 1614

N/ND case 3:21-cv-00922-DRL-MGG   document 1-2   filed 12/06/21   page

92-213831

USDC IN/ND case 3:21-cv-00922-DRL-MGG   document 1-2   filed 11/16/21   page 27 of 39

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Amazon Services LLC
c/o Corporation Service Company,
135 North Pennsylvania Street,
As Reg. Agent
Suite 1610
Indianapolis, IN 46204

9590 9402 6205 0220 3348 89

2. Article Number *(Transfer from service label)*

7017 1450 0000 1053 1607

PS Form **3811**, July 2020 PSN 7530-02-000-9053

***COMPLETE THIS SECTION ON DELIVERY***

Filed 11/16/2021 3:03 PM
Pulaski Circuit Court
Pulaski County, Indiana

A. Signature

X _Mary Colen_    ☐ Agent
                  ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

NOV 12 2

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**USPS TRACKING #**

9590 9402 6205 0220 3348 89

NOV 1 6 2021

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

#051721-4
NJW/smm
Barton, L

• Sender: Please print your name, address, and ZIP+4® in this box•

Stewart & Stewart Attorneys
931 S. Rangeline Road
Carmel, IN 46032

Service                    mv

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE PULASKI CIRCUIT COURT 1 |
| | )SS: | |
| COUNTY OF PULASKI | ) | CAUSE NO.: 66C01-2111-CT-000015 |

| | |
|---|---|
| LESLIE W. BARTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| QUALITY MARK, INC. and | ) |
| AMAZON.COM, INC. and | ) |
| AMAZON SERVICES LLC, | ) |
| | ) |
| Defendants. | ) |

## RETURN OF SERVICE ON DEFENDANT, QUALITY MARK, INC. ONLY

COMES NOW, the Plaintiff, Leslie W. Barton, by counsel, and files herein their Return of Service

of the filed marked Summons and file marked Complaint upon the Defendant(s) as follows:

**Defendant, Quality Mark, Inc.**
**c/o Highest Ranking Officer**
**30211 Herberg Road, Shafer, MN 55074**
**Certified Mail Green Card #7017 1450 0000 1053 1621**
**Signature illegible on 11/12/2021 (Attached as Exhibit 1)**

Respectfully submitted,
/s/Darron S. Stewart
Darron S. Stewart, # 21114-29
Attorney for Plaintiffs
STEWART & STEWART
931 S. Rangeline Road
Carmel, Indiana 46032
P: 317-846-8999
F: 317-843-1991

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Quality Mark, Inc.
c/o Highest Ranking Officer
30211 Herberg Road
Shafer, MN 55074



9590 9402 4874 9032 5872 54

2. Article Number *(Transfer from service label)*

7017 1450 0000 1053 1621

**COMPLETE THIS SECTION ON DELIVERY**

Filed: 11/19/2021 2:49 PM
Pulaski Circuit Court
Pulaski County, Indiana

A. Signature

X CV19 RR Rtz1

☑ Agent
☐ Addressee

B. Received by *(Printed Name)*

CV19 RR Rtz1

C. Date of Delivery

11/12/21

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☑ No

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt



USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

NOV 17 2021

9590 9402 4874 9032 5872 54

**United States Postal Service**

#051721-4
NJW/smm
Barton, L

• Sender: Please print your name, address, and ZIP+4® in this box•

Stewart & Stewart Attorneys
931 S. Rangeline Road
Carmel, IN 46032
service                                    mv

7141 1450 0000 1053 1621

Filed: 11/24/2021 4:00 PM
Pulaski Circuit Court
Pulaski County, Indiana

**STATE OF INDIANA**       )      **IN THE PULASKI CIRCUIT COURT**
                          ) SS:
**COUNTY OF PULASKI**       )      **CAUSE NO: 66C01-2111-CT-000015**

LESLIE W. BARTON,             )
                                 )
          Plaintiff,         )
                                 )
vs.                                )
                                 )
QUALITY MARK, INC.,        )
AMAZON.COM, INC. and      )
AMAZON SERVICES LLC,      )
                                 )
          Defendants.      )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:
   Initiating _____        Responding __X__      Intervening _____; and the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party:    **QUALITY MARK, INC.**

2. Attorney information for service as required by Trial Rule 5(B)(2)

   | | | |
   |---|---|---|
   | **Name:** | **Robert T. Keen, Jr.** | **Atty. Number: 5475-02** |
   | **Address:** | **215 East Berry Street** | **Email: rtk@barrettlaw.com** |
   | | **P.O. Box 2263** | |
   | | **Fort Wayne, IN 46801-2263** | |
   | **Phone:** | **(260) 423-9551** | |
   | **Fax:** | **(260) 423-8920** | |

   **IMPORTANT**: Each attorney specified on this appearance:

   (a)      certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

   (b)      **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys**

3141680                 

**regardless of the contact information listed above for the attorney**; and

(c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a CT case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes _____ No __X__ *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes _____ No _X___ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)*  The party shall use the following address for purposes of legal service:

_____ Attorney's address

_____ The Attorney General Confidentiality program address
(contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov**).

_____ Another address (provide)

_____

This case involves a petition for involuntary commitment.  Yes _____ No __X__

6. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

 a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:

  _____

 b. State of Residence of person subject to petition: _____

 c. At least one of the following pieces of identifying information:

  (i) Date of Birth _____

  (ii) Driver's License Number _____

   State where issued _____ Expiration date _____

  (iii) State ID number _____

   State where issued _____ Expiration date _____

  (iv) FBI number _____

  (v) Indiana Department of Corrections Number _____

  (vi) Social Security Number is available and is being provided in an attached confidential document Yes _____ No _____

7. There are related cases: Yes _____ No __X__ *(If yes, list on continuation page.)*

8.  Additional information required by local rule:

    _____

9.  There are other party members: Yes ____ No __X__ *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached:
    Yes __X__ No____

*/s/ Robert T. Keen, Jr.*_____

Robert T. Keen, Jr.

(Attorney information shown above)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on this 24th day of November, 2021, electronically filed the foregoing with the Clerk of Court using the Court's IEFS system. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system.

Nicholas J. Wagner
Darron S. Stewart
Stewart & Stewart
931 South Rangeline Road
Carmel, IN 46032
Nicholas@getstewart.com
Darron@getstewart.com
*Attorneys for Plaintiff*

*/s/Robert T. Keen, Jr.*_____

Robert T. Keen, Jr.

3141680                            Page 3 of 3

| | | |
|---|---|---|
| **STATE OF INDIANA** | ) | **IN THE PULASKI CIRCUIT COURT** |
| | ) SS: | |
| **COUNTY OF PULASKI** | ) | **CAUSE NO: 66C01-2111-CT-000015** |

| | |
|---|---|
| LESLIE W. BARTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| QUALITY MARK, INC., | ) |
| AMAZON.COM, INC. and | ) |
| AMAZON SERVICES LLC, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ENLARGEMENT OF TIME

COMES NOW Defendant, Quality Mark, Inc., by counsel, and moves the Court for an enlargement of time within which to answer or otherwise respond to Plaintiff's Complaint for Damages on the grounds that the undersigned has just been retained to represent this Defendant and needs an enlargement of time in order to intelligently answer or otherwise respond to Plaintiff's Complaint for Damages, to and including January 10, 2022.

Respectfully submitted,

BARRETT McNAGNY LLP

By: ___/s/ Robert T. Keen, Jr._____
       Robert T. Keen, Jr., #5475-02
       215 E. Berry Street
       Fort Wayne, IN 46802
       Telephone: (260) 423-9551
       Fax: (260) 423-8920
       Email: rtk@barrettlaw.com
       *Attorney for Defendant,*
       *Quality Mark, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 24th day of November, 2021, electronically filed the foregoing with the Clerk of Court using the Court's IEFS system. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system.

Nicholas J. Wagner
Darron S. Stewart
Stewart & Stewart
931 South Rangeline Road
Carmel, IN 46032
Nicholas@getstewart.com
Darron@getstewart.com
*Attorneys for Plaintiff*

*/s/Robert T. Keen, Jr.*
Robert T. Keen, Jr.

| | | |
|---|---|---|
| **STATE OF INDIANA** | ) | **IN THE PULASKI CIRCUIT COURT** |
| | ) **SS:** | |
| **COUNTY OF PULASKI** | ) | **CAUSE NO: 66C01-2111-CT-000015** |

| | |
|---|---|
| LESLIE W. BARTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| QUALITY MARK, INC., | ) |
| AMAZON.COM, INC. and | ) |
| AMAZON SERVICES LLC, | ) |
| | ) |
| Defendants. | ) |

## ORDER

COMES NOW Defendant, Quality Mark, Inc., by counsel, and files its Motion for Enlargement of Time to Answer Plaintiff's Complaint for Damages, and the Court, being duly advised in the premises, hereby extends the time within which this Defendant must answer or otherwise respond to Plaintiff's Complaint for Damages to and including **January 10, 2022.**

Date: __11/30/2021__

_____
Judge, Pulaski Circuit Court

3141691                                    Page 1 of 1

| | | |
|---|---|---|
| **STATE OF INDIANA** | ) | **IN THE PULASKI CIRCUIT COURT** |
| | ) **SS:** | |
| **COUNTY OF PULASKI** | ) | **CAUSE NO: 66C01-2111-CT-000015** |

| | |
|---|---|
| LESLIE W. BARTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| QUALITY MARK, INC., | ) |
| AMAZON.COM, INC. and | ) |
| AMAZON SERVICES LLC, | ) |
| | ) |
| Defendants. | ) |

## <u>NOTICE OF FILING FOR DISCOVERY</u>

COMES NOW Defendant, Quality Mark, Inc., by counsel, pursuant to Rules 33 and 34 of the Indiana Rules of Trial Procedure, and hereby reports to the Court that on December 2, 2021, said Defendant served upon the Plaintiff through his counsel, the following:

1.   First Set of Interrogatories to Plaintiff; and

2.   First Request for Production of Documents and Records to Plaintiff.

Respectfully submitted,

BARRETT McNAGNY LLP

By:   */s/ Robert T. Keen, Jr.*
      Robert T. Keen, Jr., #5475-02
      215 E. Berry Street
      Fort Wayne, Indiana  46801-2263
      Telephone: (260) 423-9551
      Fax:  (260) 423-8920
      Email:  rtk@barrettlaw.com
      *Attorney for Defendant,*
      *Quality Mark, Inc.*

## **CERTIFICATE OF SERVICE**

       I hereby certify that I have on this ___ day of December, 2021, electronically filed the foregoing with the Clerk of Court using the Court's IEFS system. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system.

       Nicholas J. Wagner
       Darron S. Stewart
       Stewart & Stewart
       931 South Rangeline Road
       Carmel, IN 46032
       Nicholas@getstewart.com
       Darron@getstewart.com
       *Attorneys for Plaintiff*

                         */s/Robert T. Keen, Jr.*         
                         Robert T. Keen, Jr.